COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       832 Yale St. LLC., and Terry Fisher v. Stallion Texas Real Estate
                           Fund, LLC.

Appellate case number:    01-19-00320-CV

Trial court case number:  1129141

Trial court:              County Civil Court at Law No. 4 of Harris County

Appellant filed an emergency motion asking this Court to review the trial court's April 24, 2019 order setting supersedeas bond after an evidentiary hearing. To determine whether the trial court properly exercised its discretion, this Court must review the hearing record of this evidentiary hearing.

Accordingly, the Court asks that appellant request the court reporter to file with this Court a reporter's record of the evidentiary hearing concerning the supersedeas bond **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                    ☒ Acting individually    ☐ Acting for the Court

Date: __May 14, 2019___